**Order filed January 4, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00332-CV

---

### SHAWN DEANE GRUSS, AS TRUSTEE OF THE GALLAGHER FAMILY TRUST, Appellant

### V.

### GARY W. GALLAGHER, Appellee

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 435,263-402**

---

## O R D E R

The court has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the "Order" signed on June 1, 2021, in which the trial court ruled on the Verified Motion to Abate or Alternatively, Motion for Continuance filed by Defendant Shawn Deane Gruss, Trustee of the Gallagher Family Trust. *See* Tex. R. App. P. 34.5(a)(1). The Harris County Clerk is directed to file a supplemental clerk's

record on or before **January 17, 2023**, containing the "Order" signed on June 1, 2021, in which the trial court ruled on the Verified Motion to Abate or Alternatively, Motion for Continuance filed by Defendant Shawn Deane Gruss, Trustee of the Gallagher Family Trust.

If the omitted item is not part of the case file, the clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.